IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92CR97

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HERBERT COUNCIL | ) | |
| | ) | |

This matter is before the court upon the *pro se* defendant's Notice of Appeal, filed June 9, 2008. Along with his Notice of Appeal, defendant has requested appointment of counsel. Defendant's case has been docketed in the Fourth Circuit and the record has been transmitted. Accordingly, the court finds that it is appropriate for the Fourth Circuit to rule upon defendant's motion to appoint counsel.

IT IS SO ORDERED.

Signed: September 4, 2008

Graham C. Mullen
United States District Judge